THE PEOPLE OF THE STATE OF NEW YORK ex rel. CLINTON TRUST COMPANY, as Receiver, Appellant, against JAMES J. SEXTON, et al., as Commissioners of Taxes and Assessments of the City of New York, Respondents.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. CLINTON TRUST COMPANY, as Receiver, Appellant, against WILLIAM S. MILLER et al., as Commissioners of Taxes and Assessments of the City of New York, Respondents.

Argued April 29, 1942; decided June 11, 1942.

*Louis G. Bernstein, Sidney Fass, Meyer Kraushaar* and *Mark Hyman* for appellant.

*William C. Chanler, Corporation Counsel (Arthur A. Segall* of counsel), for respondents.

Orders of the Appellate Division reversed and those of the Special Term affirmed, with costs in this court and in the Appellate Division on the ground the weight of evidence is with the findings of the Special Term. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.